# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1133
Lower Tribunal No. 2014-CF-008299

_____

HEWITT A. GRANT, II,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Catherine L. Combee, Judge.

February 13, 2026

PER CURIAM.

Appellant appeals the trial court's summary denial of his "Amended Successive Emergency Post-Conviction Motion-Newly Discovered Evidence," and the trial court's order barring him from further pro se filings in his trial court case. We affirm both orders without discussion.

We note, however, that our resolution of this appeal does not impact this Court's continued observance of its order entered in case number 6D2025-0332, prohibiting any further pro se filings from Appellant concerning case number

2014-CF-8299, due to Appellant's abuse of the legal process. Appellant filed his notice of appeal in this case prior to entry of that order.

AFFIRMED.

MIZE, BROWNLEE and KAMOUTSAS, JJ., concur.

Hewitt A. Grant, II, East Palatka, pro se.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED